FENTON WILLIAMS

VERSUS

STATE OF LOUISIANA

NO. 21-KH-582

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

October 25, 2021

Susan Buchholz
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Stephen J. Windhorst, and John J. Molaison, Jr.

**REHEARING DENIED**

> **FHW**
> **SJW**
> **JJM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

**WICKER, J.**

Relator seeks reconsideration of this Court's September 30, 2021 denial of his writ application number 21-KH-582.

Uniform Rules-Courts of Appeal, Rule (URCA) 2-18.7 provides as follows:

**2-18.7. When Rehearing Will Be Considered**

An application for rehearing will be considered in cases where the court has:

(A) Granted a writ application on the merits;

(B) Dismissed an appeal; or

(C) Ruled on the merits of an appeal.

URCA Rule 4-9 provides that "Rules 2-18.1 through 2-18.7 apply to requests for rehearings related to writ applications."

Because relator's writ application was denied, Mr. Williams is not entitled to a rehearing. Therefore, we recommend that relator's application be refused and disposed of.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY <u>10/25/2021</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**21-KH-582**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Fenton Williams #361754 (Relator)
David Wade Correctional Center
670 Bell Hill Road
Homer, LA 71040